No. 98–842. Derryberry, Individually and as Next Friend of Bryant v. NationsBank of Texas, N. A., fka

N. C. N. B. TEXAS NATIONAL BANK. Ct. App. Tex., 1st Dist. Certiorari denied.